UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTIAN J. JACKSON,

        Defendant.

Case No. 25-CR- **25-CR-164**

[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about June 4, 2025, in the State and Eastern District of Wisconsin,

**CHRISTIAN J. JACKSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition which, prior to his possession, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Glock 9mm pistol bearing an unknown serial number. The ammunition is more fully described as Luger 9mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL:

FOREPERSON
Dated: 8-26-25

*for* /s/ 
RICHARD G. FROHLING
Acting United States Attorney